EMANUEL BRONNER, Appellant, *v.* BERT FULLER et al., Respondents.

*Bronner* v. *Fuller*, 79 App. Div. 645, affirmed.
(Argued April 7, 1904; decided April 26, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 6, 1903, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Frank Hopkins* for appellant.

*V. K. Kellogg* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.

———————

EDWARD R. POERSCHKE, Respondent, *v.* PHILIP HOROWITZ et al., Appellants.

*Poerschke* v. *Horowitz*, 84 App. Div. 443, affirmed.
(Submitted April 7, 1904; decided April 26, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 21, 1903, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Jacob Manheim* for appellants.

*William R. Hill* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.